NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1316

LASMER INDUSTRIES, INC.,

Appellant,

v.

Robert M. Gates,
SECRETARY OF DEFENSE,

Appellee.

Appeal from the Armed Services Board of Contract Appeals in no. 56411,
Administrative Judge Monroe E. Freeman, Jr.

ON MOTION

Before GAJARSA, Circuit Judge.

ORDER

The Secretary of Defense moves for a 30-day extension of time, until October 15, 2009, to file his brief. The Secretary states that Lasmer Industries, Inc. consents.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

SEP 3 0 2009
_____
Date

cc:  Michael F. Copley, Esq.
     David A. Harrington, Esq.

s17

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 3 0 2009

JAN HORBALY
CLERK